UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>           **Plaintiff,**<br>v.<br>**NAUMAN A. ALY,**<br>           **Defendant.** | 16 Civ. 3853 (PGG) (GWG)<br>**DEFENDANT'S NOTICE OF SUBSEQUENT EVENTS** |

During his deposition, the SEC counsel asked several times if Mr. Aly has received any mails through the mail forwarding addresses that he provided in the applications to obtain CIKs for the EDGAR access (Form IDs), and subsequently in the Schedule 13D filings. Mr. Aly testified that he has never received any mails on the addresses. Mr. Aly also provided the same addresses in his Large Trader Form 13H.

Mr. Aly hereby gives this notice to the Court and SEC that subsequent to his deposition, he has received three (3) mails at his mail forwarding address. All three mails are related to the Barclays U.S. Dollar Libor Settlement, as approved by Hon. Judge Naomi Reice Buchwald of the S.D.N.Y. within In re LIBOR-Based Financial Instruments Antitrust Litigation, No. 11-md-2262-NRB. More information can be found at:

https://barclaysliborsettlement.com/mainpage/Home.aspx

The first mail was received on July 28, 2017, with the tracking number VIA15012512986 at Viabox. The second mail was received on September 12, 2017, with the tracking number VIA15052270613. The third mail was received on November 21, 2017, with the tracking number VIA15112994539.

Mr. Aly is not a claimant in the above settlement.

Dated: March 28, 2018

Respectfully submitted,

/s/ Nauman A. Aly

NAUMAN A. ALY, *Pro Se*
Nauman_aly@hotmail.com