UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　　　　　**Plaintiff,**<br>　　v.<br><br>**NAUMAN A. ALY,**<br><br>　　　　　　　　　　**Defendant.** | 16 Civ. 3853 (PGG) (GWG)<br><br>**DEFENDANT'S SECOND MOTION TO MODIFY PRELIMINARY INJUNCTION FOR RELEASE OF UNTAINTED FUNDS TO RETAIN EXPERTS FOR REMEDIES BRIEFING** |

　　Defendant Nauman A. Aly incorporates the text of his first motion to modify preliminary injunction for release of funds (Dkt. No. 84), and respectfully states further as follows.

　　Mr. Aly intends to retain experts to support its case opposing remedies. The SEC might also oppose and move to strike those experts reports, for instance on timeliness grounds. Mr. Aly should be given a fair opportunity to defend such motions.

　　Mr. Aly thus requests that preliminary injunction be modified so that excluding funds to satisfy any disgorgement remedy that might be ordered, all his remaining personal funds in his Interactive Brokers brokerage account be available for a fair proceeding.

Dated: March 30, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nauman A. Aly

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NAUMAN A. ALY, *Pro Se*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nauman_aly@hotmail.com