UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br>                 v.<br><br>**NAUMAN A. ALY,**<br><br>                              **Defendant.** | 16 Civ. 3853 (PGG) (GWG)<br><br>**DEFENDANT'S REPLY TO RESPONSE TO MOTION TO MODIFY PRELIMINARY INJUNCTION FOR RELEASE OF UNTAINTED FUNDS RE:84-93** |

Mr. Aly declares under penalty of perjury under the laws of the United States of America that he is currently insolvent.  He is currently unemployed, and expects income of $100 per month for the next 12 months.

Wherefore, Mr. Aly requests that the preliminary injunction be modified and his personal untainted funds in his Interactive Brokers brokerage account in the amount of $30,795 be released for a fair proceeding.  There would remain sufficient funds in his IB account after that to satisfy any disgorgement remedy that might be ordered.  In addition, Mr. Aly's request for extension of deadline to file motion for reconsideration be granted nunc pro trunc.

Dated: April 12, 2018

                                                                                    Respectfully submitted,

                                                                                    /s/ Nauman A. Aly

                                                                                    NAUMAN A. ALY, *Pro Se*
                                                                                    Nauman_aly@hotmail.com

1