UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                          Plaintiff,

-against-                        16 **CIVIL** 3853 (PGG)

## **JUDGMENT**

NAUMAN A. ALY,
                          Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 5, 2018, Defendant's motion for judgment against the SEC (Dkt. No. 96), motion to vacate (Dkt. No. 97), and motion to stay (Dkt. No. 98) are denied. Plaintiff's motion for remedies (Dkt. No. 105) is granted. Defendant is ordered to pay a disgorgement amount of $425,665, plus $1,419 in prejudgment interest, and a civil monetary penalty of $425,665. The balance of Aly's United States brokerage account-which presently holds approximately $458,517 - will be transferred to Plaintiff and applied to Defendant's disgorgement, prejudgment interest, and civil penalty obligations. Judgment is entered against Defendant; accordingly, the case is closed.

**Dated:** New York, New York
         October 5, 2018

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**
                         **BY:**
                                                    S/ Drew 'Agostino
                                                    **Deputy Clerk**